# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1528

_____

United States of America,                    *
                                             *
                    Appellee,                 *
                                             *   Appeal from the United States
            v.                                *   District Court for the
                                             *   Eastern District of Missouri.
James Hutchins, Jr.,                          *
                                             *        [UNPUBLISHED]
                    Appellant.                *

_____

Submitted: February 5, 2009
Filed: February 10, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

        James Hutchins, Jr. (Hutchins) appeals following the district court's[1] denial of his 18 U.S.C. § 3583(e)(1) motion for early termination of his supervised release. After careful review of the record, we find no abuse of discretion in the district court's denial of the motion, see 18 U.S.C. § 3583(e)(1); United States v. Pregent, 190 F.3d 279, 282 (4th Cir. 1999) (standard of review), or in the denial of Hutchins's motion for reconsideration.

_____

        [1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm.

_____